TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00096-CR

James L. Vasek, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY

NO. 2C97-5319, HONORABLE JOHN BARINA, JUDGE PRESIDING

PER CURIAM

The trial court found appellant guilty of perjury and assessed punishment at incarceration
for seventy-six days and a one-dollar fine. No reporter's record was requested. See Tex. R. App. P.
35.3(b). Appellant's retained attorney has informed the Court by letter that appellant does not wish to
pursue the appeal, although counsel has been unable to obtain appellant's signature on a motion to dismiss.

We will consider the appeal without a reporter's record or briefs. See Tex. R. App. P.
37.3(c)(1), 38.8(b)(4). We have examined the clerk's record and find no error or other matter that should
be considered in the interest of justice.

The judgment of conviction is affirmed.

Before Justices Powers, Kidd and B. A. Smith

Affirmed

Filed: June 4, 1998

Do Not Publish